IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHAVON ALBERTINI, | : | CIVIL ACTION |
| | : | |
| | : | |
| v. | : | NO.  20-5765 |
| | : | |
| AESTHETIC PHYSICIANS, P.C., et al. | : | |

## **ORDER**

**AND NOW**, this 6th day of December 2021, upon consideration of briefing by the parties (Docs. 18, 20, and attachments) it is hereby **ORDERED** that Defendants' Motion for Summary Judgment is, as set out in the attached Memorandum Opinion, **DENIED**.

BY THE COURT:

/s/ David R. Strawbridge, USMJ
DAVID R. STRAWBRIDGE
UNITED STATES MAGISTRATE JUDGE